JOE GRIM, Appellant, *v.* LEHIGH VALLEY COAL COMPANY, Respondent.

*Grim* v. *Lehigh Valley Coal Co.*, 171 App. Div. 493, affirmed.

(Argued May 27, 1919; decided July 15, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 28, 1916, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action under the Anthracite Mining Laws of the state of Pennsylvania, and also under the Employers' Liability Act of that state to recover damages for personal injuries claimed to have been sustained by the plaintiff through the negligence of the defendant in the coal mine of the defendant known as " Packer No. 2 Colliery " at Lost Creek, Penn. Plaintiff while cleaning a hole earlier prepared to receive a prop, or while inspecting the place preparatory to placing the prop, or just as he arrived at the place for that purpose was injured by a fall of rocks from the roof of the mine. The Appellate Division held that he could not recover since the injury was received while he was necessarily doing or about to do an act to eliminate the cause of the accident.

*Samuel Seabury, Vine H. Smith* and *Stephen A. Machinski* for appellant.

*Edward W. Walker* and *William W. Green* for respondent.

Order affirmed and judgment absolute ordered against appellant on stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK and HOGAN, JJ. Not sitting: McLAUGHLIN, J. Absent: CRANE, J.